1
2
3
4                                                      JS-6
5
6
7
8
9                   **UNITED STATES DISTRICT COURT**
10        **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**
11

| | |
|---|---|
| 12  MOHAMMADREZA KHAYAT, an individual, | Case No. 12-CV-08851-PA (VBKx) |
| 13              Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| 14  v. | |
| 15  EXXONMOBIL OIL CORPORATION, a New York corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, CIRCLE K STORES INC., a Texas corporation and DOES 1 through 10, Inclusive, | Complaint Filed:  October 16, 2012 |
| 16 | District Judge:    Hon. Percy Anderson |
| 17 | Dept:              15 |
| 18 | Magistrate:        Hon. Victor B. Kenton |
| 19              Defendants. | Dept:              590 |
|  | Trial Date:        August 13, 2013 |

20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE
ACTION WITH PREJUDICE

1    Having considered the Stipulation to Dismiss Entire Action With Prejudice by

2  and between the parties, the Court hereby orders this action to be dismissed with

3  prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party

4  shall bear their own attorneys' fees and costs.

5

6    IT IS SO ORDERED.

7

8

9  Dated: August 7, 2013 _____

10                          Hon. Percy Anderson
                           United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE
ACTION WITH PREJUDICE